IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA ALI,<br><br>    Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant | No. C-06-0658 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   Before the Court is plaintiff's Case Management Conference Statement, filed September 1, 2006, by which plaintiff seeks to vacate the September 8, 2006 case management conference or continue the conference by approximately 120 days.  Plaintiff states a continuance is necessary because she anticipates the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation, and because, although she has served defendant, defendant has not yet appeared.

   Accordingly, for good cause shown, the September 8, 2006 case management conference is hereby continued to January 12, 2007 at 10:30 a.m.  A joint case management statement shall be filed no later than January 5, 2006.

   **IT IS SO ORDERED.**

Dated: September 5, 2006

MAXINE M. CHESNEY
United States District Judge