IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA ALI,<br><br>　　　　Plaintiff,<br>　v.<br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.,<br><br>　　　　Defendants | No. C-06-0658 MMC<br><br>**ORDER CLOSING CASE FOR STATISTICAL PURPOSES ONLY; VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

　　　　On September 22, 2006, the above-titled action was transferred to the Eastern District of New York.  (See In re Zyprexa Products Liability Litigation, 4-MD-01596 JBW RLM, Docket No. 784.)  In light of the transfer, the Court hereby CLOSES the case for statistical purposes only.[1]

　　　　Nothing contained in this order shall be considered a dismissal or disposition of any claim.  Should the matter be remanded to this Court by the Judicial Panel on Multidistrict Litigation upon completion of the pretrial proceedings in the Eastern District of New York, any party may take any appropriate action in the same manner as if this order had not been entered.

　　　　**IT IS SO ORDERED.**

Dated: October 16, 2006

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The October 27, 2006 hearing on defendant's motion to dismiss is hereby VACATED, because the above-titled action is no longer pending in this District.